

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 8726 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Richard Lane SMITH, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 14, 2008, within the Southern District of California, defendant Richard Lane SMITH did knowingly and intentionally import approximately 14.62 kilograms (32.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th, DAY OF AUGUST 2008.

JAY R. IRWIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Richard Lane SMITH

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On August 14, 2008, at approximately 1422 hours, Richard Lane SMITH (SMITH) entered the United States at the Calexico, California West Port of Entry (POE). SMITH was the driver, registered owner, and sole occupant of a 1998 Isuzu Amigo.

Customs and Border Protection Officer (CBPO) Ramos received a negative Customs declaration from SMITH. SMITH stated to CBPO Ramos he was in Mexico to buy cigarettes. SMITH stated to CBPO Ramos he was from Sacramento, California. SMITH stated he was in the area to look for work as a farm laborer. During CBPO Ramos' inspection of the vehicle, SMITH became very talkative. SMITH asked CBPO Ramos several times how hot the temperature was. CBPO Ramos decided to send SMITH and the vehicle to the vehicle secondary lot for a more intensive inspection.

In the vehicle secondary lot, CBPO Cardenas received a negative Customs declaration from SMITH. SMITH stated to CBPO Cardenas he was the registered owner of the vehicle and he went to Mexicali, Mexico to buy some cigarettes. SMITH stated he was traveling back home to Sacramento. CBPO Cardenas noticed as he questioned SMITH, he was slow to answer and had a wide eye stare.

In the vehicle secondary lot, Border Patrol Canine Enforcement Agent (CEO) Sedano was conducting a lot sweep with his assigned Human-Narcotics Detector Dog (HNDD). The HNDD alerted to the rear passenger tail light area of the vehicle.

CBPO Cardenas performed an intensive inspection of the vehicle and discovered a total of twenty five (25) packages in the quarter panels of the vehicle. Other drug paraphernalia were found in the vehicle. One of the packages was probed which produce a green, leafy substance that field tested positive for marijuana. The total weight of the packages was 14.62 kilograms (32.16 pounds).

SMITH was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived. SMITH admitted knowledge that a controlled substance was concealed within the vehicle. SMITH stated to Special Agent Wood he thought a man was going to pay him $1000-$2000 to smuggle the controlled substance into the United States.